THE UPPER NYACK M. E. CHURCH, Respondent, *v.* JOHN A. BENNET and Others, Appellants.

*Action of trespass — what is not an excessive verdict.*

In an action of trespass it appeared that the defendants entered upon the plaintiff's property by force, and without its permission cut down two hickory trees and one cedar; the hickory trees were shown to be worth $200 each, and the injury to the entire lot was proved to have reduced the value of the premises nearly or quite $1,000.

*Held,* that the finding of a jury that the value of the trees was $300, and the other injury from the trespass $50, was not excessive.

APPEAL by the defendants, John A. Bennet and others, from a judgment of the Supreme Court, entered in the office of the clerk of the county of Rockland on the 26th day of June, 1893, upon the verdict of a jury rendered at the Rockland County Circuit, and also from an order made at Special Term and entered in said clerk's office on the 12th day of June, 1893, denying the defendants' motion for a new trial made upon the minutes.

*Thomas Lawrence,* for the appellants.

*Abram A. Demarest* and *Wm. T. B. Storms,* for the respondent.

BARNARD, P. J.:

The plaintiff established a good and valid title to the premises in question. The land was conveyed in 1813 by one William Palmer to certain trustees " to erect a house of worship for the use of the members of the Methodist Episcopal Church in the United States of America." Subsequently, under a general act for the incorporation of religious societies, the plaintiff was incorporated by a certificate duly filed, and in 1859 the sole surviving trustee named in the deed conveyed the property to the plaintiff. The church has been used for religious services for many years. The defendants entered upon the property by force and without permission of the owner and cut down two beautiful shellbark hickory trees and one cedar. The hickory trees were proved to be worth $200 each, and the injury to the entire lot caused by digging up sod and removing fences, as well as the trees, was proved to have reduced the value of the premises nearly or quite $1,000. The jury found the value of the trees to have been $300, and the injury from the trespass otherwise fifty dollars. These amounts were not excessive under the evidence. The injury was great. The trees were in their prime and made the church, with them, " a picturesque thing," as described by the defendant Bennet. This picture was destroyed and the plaintiff is entitled to recover the amount given by the jury as the damages sustained thereby.

Judgment and order denying new trial affirmed, with costs.

DYKMAN, J., concurred.

Judgment and order denying new trial affirmed, with costs.